OPINION — AG — WHEN A LICENSEE OF THE STATE DRY CLEANERS BOARD CHANGES THE LOCATION OF HIS PLACE OF BUSINESS, THE BOARD MAY PROPERLY REQUIRE A NEW LICENSE FOR A FEE OF $15.00 FOR THE NEW PLACE OF BUSINESS AND AN ORIGINAL INSPECTION FEE OF $35.00 AS AUTHORIZED BY 59 O.S. 1961 754.1 [59-754.1] CITE: 56 O.S. 1961 42-72 [56-42] — [56-72], 59 O.S. 1961 745.1 [59-745.1] 59 O.S. 1961 744 [59-744] (PENN LERBLANCE)